■ The People of the State of New York ex rel. Nakia Chaney, Appellant, v Dominic Dagostino, as Sheriff of Schenectady County, Respondent. [33 NYS3d 770]—Appeal from a judgment of the Supreme Court (Kramer, J.), entered February 9, 2015 in Schenectady County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 70, without a hearing.

Supreme Court properly dismissed petitioner's application for a writ of habeas corpus. The contentions raised by petitioner, including those that are jurisdictional in nature, could be raised upon direct appeal of his conviction or in a CPL article 440 motion (*see People ex rel. Williams v Cunningham*, 106 AD3d 1303, 1304 [2013]; *People ex rel. Backman v Walsh*, 101 AD3d 1316, 1316 [2012], *lv denied* 20 NY3d 863 [2013]). As we find no reason to depart from traditional orderly procedure, Supreme Court's order denying petitioner's application will not be disturbed (*see People ex rel. Williams v Cunningham*, 106 AD3d at 1304).

Lahtinen, J.P., Egan Jr., Devine, Mulvey and Aarons, JJ., concur. Ordered that the judgment is affirmed, without costs.